# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 12-1428**  September Term, 2012

EPA-77FR62624

**Filed On:** May 1, 2013

Plant Oil Powered Diesel Fuel Systems, Inc.,

    Petitioner

    v.

Environmental Protection Agency, et al.,

    Respondents

------------------------------

Consolidated with 12-1476, 12-1477

    **BEFORE:**    Brown, Griffith, and Kavanaugh, Circuit Judges

### O R D E R

    Upon consideration of the motion to consolidate cases, the opposition thereto, and the reply; the motion for entry of protective order and the lack of any opposition thereto; the motion for leave to intervene filed by California, Connecticut, Iowa, Maryland, Massachusetts, New York, Oregon, Vermont, Washington, and the City of New York, the opposition thereto, and the reply; and the motion to sever and hold in abeyance No. 12-1476 and No. 12-1477, the responses thereto, and the reply, it is

    **ORDERED** that consideration of the motion to consolidate be deferred pending further order of the court. It is

    **FURTHER ORDERED** that the motion for a protective order be granted to the extent that access to the materials identified in the motion is limited to counsel for the parties in these cases and otherwise be dismissed as moot. <u>See</u> D.C. Cir. Rule 47.1 (providing that materials under seal before an agency remain under seal in this court unless otherwise ordered and that sealed materials may not be disclosed to the public). It is

    **FURTHER ORDERED** that the motion for leave to intervene be referred to the merits panel to which these petitions for review are assigned. The parties are directed to address in their briefs the issues presented in the motion to intervene rather than incorporate those arguments by reference. It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 12-1428**                                                  **September Term, 2012**

      **FURTHER ORDERED** that these consolidated cases be held in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings within 30 days after the Supreme Court has granted or denied all petitions for writ of certiorari filed in the cases that were consolidated in this court under lead case No. 09-1322, et al., <u>Coalition for Responsible Regulation, Inc. v. EPA</u>. It is

      **FURTHER ORDERED** that the request for severance be dismissed as moot.

                                      **<u>Per Curiam</u>**