# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 12-1428**                     **September Term, 2012**

**EPA-77FR62624**

**Filed On:** May 1, 2013

Plant Oil Powered Diesel Fuel Systems, Inc.,

      Petitioner

   v.

Environmental Protection Agency, et al.,

      Respondents

------------------------------

Consolidated with 12-1476, 12-1477

## O R D E R

Upon consideration of the motion concerning briefing format, it is

**ORDERED** that the motion be deferred pending further order of the court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
      Timothy A. Ralls
      Deputy Clerk