ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| PLANT OIL POWERED <br> DIESEL FUEL SYSTEMS, INC., | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) <br> ) | No. 12-1428 |
| UNITED STATES ENVIRONMENTAL <br> PROTECTION AGENCY, ET AL., | ) <br> ) <br> ) | |
| Respondents. | ) | |

## PETITIONER POP DIESEL'S UNOPPOSED MOTION
## FOR VOLUNTARY DISMISSAL

Petitioner Plant Oil Powered Diesel Fuel Systems, Inc. ("POP Diesel"), by its General Counsel, pursuant to F.R.A.P. 42(b) and Rule 27(g) of the Rules of this Court, moves without opposition to dismiss its petition. POP Diesel will bear its own fees and costs.

    Respectfully submitted,

    Petitioner Plant Oil Powered
    Diesel Fuel Systems, Inc.,
    by its General Counsel

    / s / *Claude D. Convisser*
Claude D. Convisser
President & General Counsel
Plant Oil Powered Diesel Fuel Systems, Inc.
P.O. Box 6397
Santa Fe, New Mexico 87502
tel. 505-310-3840
fax 866-239-7527
cdc@popdiesel.com

## Certificate of Service

I certify that on this 20th day of March, 2014, I caused this document to be served electronically by the Court's CM/ECF system on all counsel of record in this and the consolidated cases and that on March 21, 2014, I will serve an original, signed in pen, and four paper copies by prepaid first class, U.S. mail on the Clerk of this Court.

          / s / *Claude D. Convisser*
          Claude D. Convisser